Gail M. Ballou
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Phone: (907) 456-6632
Fax: (907) 456-5049
Email: *ballou@mosquitonet.com*

Attorney for the Dynamic Painting, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of Dynamic Painting, Inc., an Alaska corporation, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INSURANCE CO., )<br>)<br>Defendant. )<br>_____ ) | Case no. 4:16-CV-_____ |

# MILLER ACT COMPLAINT

Counsel for plaintiff United States of America, for the use and benefit of Dynamic Painting, Inc., alleges as follows:

1. Dynamic Painting, Inc. ("Dynamic") is an Alaska corporation that has filed its biennial report last due, paid its biennial tax last due, and is in all respects qualified to maintain this action.

2. Defendant Liberty Mutual Insurance Company is, among other things, an insurer that issues performance and payment bonds for federal construction projects.

3. This court has federal question jurisdiction and Miller Act jurisdiction.

4. Venue is proper in the United States District Court, at Fairbanks, because this dispute arises out of a contract for construction of a company operations facility at Fort Wainwright, Alaska.

5. The federal government contracted with Tunista Construction, LLC ("Tunista") to construct the company operations facility (contract no. W911-KB-14-C-0005).

6. Defendant Liberty Mutual Insurance Company ("Liberty Mutual"), as surety, issued a payment bond no 023025795 for the protection of Dynamic and others who furnished labor or materials for construction of the company operations facility.

7. Tunista contracted with Dynamic, as a first-tier subcontractor, for certain work on the company operations facility at a fixed price of $129,272 (subcontract no. TC 1402-001).

8. Tunista later contracted with Dynamic for certain "extras" on a labor-and-materials basis, not to exceed $17,000. Dynamic furnished labor and materials totaling $16,429.49.

9. Dynamic timely completed all work in accordance with the contract requirements.

10. Dynamic timely submitted invoices and other documentation required by the contract.

11. Tunista paid Dynamic only $115,182 on the main contract and nothing on the "extras" contract.

12. Dynamic demanded payment of the unpaid amounts. Without justification, Tunista refuses to pay Dynamic the remaining $14,090 due on the main contract and $16,429.49 due on the "extras" contract (a total of $30,519.49).

13. Dynamic last furnished labor or materials more than 90 days ago and less than one year ago.

14. The payment bond issued by Liberty Mutual is subject to a claim for labor and materials furnished by Dynamic for which Tunista has failed to pay.

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049
Email: *ballou@mosquitonet.com*

WHEREFORE, Dynamic requests the following relief:

1. Payment;

2. A money judgment against Liberty Mutual Insurance Company for $30,519.49;

3. Interest in the amount allowed by law;

4. Attorney's fees and costs incurred to bring and maintain this suit; and

5. All other relief that is appropriate under the circumstances.

Dated this 15th day of December, 2016 at Fairbanks, Alaska.

LAW OFFICE OF GAIL M. BALLOU
Attorney for Dynamic Painting, Inc.

By *Gail Ballou*
Gail M. Ballou
Alaska Bar no. 8211099

LAW OFFICE OF GAIL M. BALLOU
748 Gaffney Road, Suite 205
Fairbanks, Alaska 99701
Tel: (907) 456-6632   Fax: (907) 456-5049
Email: ballou@mosquitonet.com

MILLER ACT COMPLAINT           US EX REL. DYNAMIC PAINTING, INC. v. LIBERTY MUTUAL INS. CO.
PAGE 3 OF 3
Case 4:16-cv-00039-HRH   Document 1   Filed 12/16/16   Page 3 of 3